# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>**David Berry Garmarnik**<br>DOB: 1978; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**24-05208MJ** |

Complaint for violation of Title 18, United States Code §§ 2251(a) and 2251(e).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about and between January 5, 2020, and January 17, 2020, in the District of Arizona, **David Berry Garmarnik**, did employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using a means and facility of interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

In July 2024, Homeland Security Investigations (HSI) received a request to investigate **David Garmarnik** as being the subject of a child exploitation investigation. **Garmarnik** was identified as a suspected user of a Skype account used to conduct livestream shows of child sexual abuse with traffickers and victims in the Philippines. **Garmarnik** would then send payments for those shows to traffickers via money service wire transfers. On September 16, 2024, HSI Special Agents (SAs) received **Garmarnik's** Skype information. The records showed hundreds of different chats with multiple traffickers in the Philippines.

For example, between January 5, 2020, and May 31, 2022, **Garmarnik** and Skype user *cutie19_love22* (Trafficker) exchanged 8,394 messages and 363 call records.

On January 5, 2020, **Garmarnik**, using the Skype name *flashjack78*, had a conversation. In that conversation, **Garmarnik** identified himself as "David Garmarnik tucson" and made a Western Union payment of $50 USD. After **Garmarnik** sent the money, a Skype call was placed to **Garmarnik**, and a livestream sex show was performed for **Garmarnik** by the 19-year-old Trafficker and another who the trafficker described as her 13-year-old female relative. **Garmarnik** directed the show by making requests such as "Can u lick her?," "Can you bring cam closer," and

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>CHAD L LAKOSKY  *Digitally signed by CHAD L LAKOSKY*<br>*Date: 2024.10.23 06:44:15 -07'00'*<br><br>OFFICIAL TITLE & NAME:<br>Special Agent Chad Lakosky – HSI Tucson |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>October 23, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Nathaniel J. Walters

Case 4:24-mj-05208-N/A   Document 1   Filed 10/23/24   Page 2 of 2

24-05208MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

"Can she lick u." **Garmarnik** also gave the Trafficker instructions to lick the nipples of the 13-year-old girl, do "anal," and to move the 13-year-old to different positions. **Garmarnik** then said "Yes" and "Thank you hun" when the Trafficker asked "you cum already?."

On January 17, 2020, a similar show as described above took place. **Garmarnik** sent money to the Trafficker and then the Trafficker placed a Skype call. During the call, the Trafficker sent 27 photos of a young pre-pubescent female that she described as being taken during the show they were giving **Garmarnik**, who was directing the girl's movements to include having her face him, i.e. the camera, and to "open her lips." Photos sent by the Trafficker showed the female in naked poses and separating her vagina with her legs spread apart. Upon the conclusion of the call, the Trafficker identified the victim as a 13-year-old female and stated **Garmarnik** could marry her "in 5 years." **Garmarnik** responded by stating that was a long time and said she "might have big tits by then lol."

On October 22, 2024, HSI SAs executed a search warrant at **Garmarnik's** residence. During an interview with SAs, **Garmarnik** stated that he was the sole owner/user of the "flashjack78" Skype account. **Garmarnik** admitted to sending money via electronic wire transfers to "girls" in the Philippines to receive child pornography/child sexual abuse material, admitted to participating in livestream "shows" where children were sexually exploited at his direction, and told agents that he couldn't remember how many different traffickers he had conversations with relating to shows and child sexual abuse material, but put his estimate at "100" different traffickers. **Garmarnik** apologized to agents and stated that he believed that he would be encountered by law enforcement at some point regarding his online activities.